UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TIMOUR ABRAMOV, et al.,

*Defendants.*

ORDER

23 CR 050

WHEREAS, with DZMITRY YANIUK's (the defendant) consent, the defendant's guilty plea allocution was made before United States Magistrate Stewart D. Aaron on February 13, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. The sentencing of the defendant is scheduled for May 5, 2023 at 3:00 p.m.

**SO ORDERED:**

Dated: 2/27/2023
New York, New York

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK