```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

               Plaintiff,

   - against -

DZMITRY YANIUK,

               Defendant.

**23 Cr.50 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Upon request of the defendant, the sentencing currently scheduled for May 5, 2023 is hereby adjourned to July 7, 2023 at 12:00 p.m.

**SO ORDERED.**

Dated:   3 May 2023
           New York, New York

                             _____
                                Victor Marrero
                                  U.S.D.J.